930 A.2d 1253

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Matthew Wayne DIETRICH, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 16, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of August, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in remanding for resentencing instead of reinstating the original restitution order when the amended restitution order was entered without jurisdiction.